**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 01-6624

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SIDIKE CONDE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-99-262-S, CA-01-830-S)

_____

Submitted: May 31, 2001                    Decided: June 11, 2001

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Sidike Conde, Appellant Pro Se. Harvey Eisenburg, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sidike Conde seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Conde, Nos. CR-99-262-S; CA-01-830-S (D. Md. filed March 19, 2001, entered March 20, 2001; filed March 30, 2001, entered April 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2